26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL INDOLFO PEREZ, JR.,<br>Petitioner,<br>v.<br>ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. 5:26-cv-03620-AB-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: August 5, 2026

HON. ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE